IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRANCE D. WILLIAMS,** | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 07-0196-CG-M |
| **CHERYL PRICE,** | : | |
| Respondent. | : | |

**ORDER**

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made[1], the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 14th day of September, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's objection to the Report and Recommendation of the Magistrate Judge does nothing more than reiterate the claims of his petition, and presents no new law or argument. (Doc. 15).